NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HYTERA COMMUNICATIONS CORP. LTD.,**
*Plaintiff-Appellant*

**v.**

**MOTOROLA SOLUTIONS, INC.,**
*Defendant-Appellee*

---

2021-1443

---

Appeal from the United States District Court for the Northern District of Ohio in No. 1:17-cv-01794-DCN, Senior Judge Donald C. Nugent.

---

## JUDGMENT

---

JOSHUA MICHAEL RYLAND, Calfee, Halter & Griswold LLP, Cleveland, OH, argued for plaintiff-appellant.  Also represented by JOSHUA FRIEDMAN, TODD ROBERTS TUCKER.

JASON M. WILCOX, Kirkland & Ellis LLP, Washington, DC, argued for defendant-appellee.  Also represented by HANNAH LAUREN BEDARD, JOHN C. O'QUINN; ADAM R. ALPER, San Francisco, CA; JONATHAN ROSS CARTER, New York, NY; MICHAEL W. DE VRIES, Los Angeles, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| January 19, 2022 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |